UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| In Re: | ) | Case No.: 14-47836 |
| Steven A. Keilwitz | ) | |
| Angela M. Keilwitz | ) | 13 |
| Debtor(s) | ) | |

**NOTICE OF AMENDED B21**

      Please take notice that the debtors have filed an amended B21 to correct the co-debtor's social security number.

/s/ Sean C. Paul
Sean C. Paul, MO # 59371MO
8917 Gravois Rd.
St. Louis MO  63123
(314) 827-4027
Fax (314) 222-0619
scp@pklawonline.com